## *United States District Court*

SOUTHERN           DISTRICT OF           FLORIDA

UNITED STATES OF AMERICA

V.

KELSA VIALVA

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

# WARRANT FOR ARREST

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

YOU ARE HEREBY COMMANDED to arrest _____ KELSA VIALVA _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title _18_ United States Code, Sections _371; 513(a); 1344; and 2_

CLARENCE MADDOX
Name of Issuing Officer

_Signature: Denny Butler_
Signature of Issuing Officer

Bail fixed at _50,000 / 10%_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/25/00, Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: _____KENYATTA BROWN_____

ALIAS: _____

LAST KNOWN RESIDENCE: ___832 NW 10TH ST., APT 4, HALLANDALE, FL___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____MIAMI, FL_____

DATE OF BIRTH: _____04/24/79_____

SOCIAL SECURITY NUMBER: ___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___

HEIGHT: ___5'9"___    WEIGHT: ___150LBS___

SEX: ___M___    RACE: ___BLACK___

HAIR: ___BLACK___    EYES: ___BROWN___

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: ___18054AB0___

COMPLETE DESCRIPTION OF AUTO: ___OLDSMOBILE OMEGA, 4 DOOR SEDAN, BROWN IN COLOR, # D046W___

INVESTIGATIVE AGENCY AND ADDRESS: ___ATF 5225 87TH AVE. NW, STE. 400, MIAMI, FL 33178___