| | | | |
|---|---|---|---|
| DEFT: | Kelsa Vialva (surrender) | CASE NO: | 00-6175-CR-Zloch (s) |
| AUSA: | Bertha Mitrani / Thompson | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 25,000 PSB |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

SEP 2 5 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

∆ - not present
arrest warrant
already issued

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
XXXXX/ARRAIGN X REMOVAL:
STATUS CONFERENCE:
DATE: 9-25-00    TIME: 11:00am    TAPE # 00-078 PG # B2
                                         2719 2754

88