SEP 2 9 [illegible]

D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Kelsa Vialva

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-29-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: See Bond

Telephone: _____

DEFENSE COUNSEL:  Name: Alvin Entin

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ 5,000 Corp. Surety Bond

Bond hearing held: yes X  no ___  Bond hearing set for _____

Dated this 29 day of September, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-075

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services