DEFT: Kelsa Vialva (J)#    CASE NO: 00-6175-CR-Zloch (s)
AUSA: Bertha Mitrani  present    ATTY: _____
AGENT: _____    VIOL: _____
PROCEEDING: Initial Appearance    BOND REC: Corp. Surety
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: CSA —
BOND SET @ $5,000 Corp Surety bond    Atvin
CO-SIGNATURES: _____    Eritrea

SPECIAL CONDITIONS:
1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) Halfway House _____
    Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol

√ - advised of charges
√ - sworn for Counsel
√ - sworn

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

No tapes or transcripts

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 10-13-00  11:00am  SNOW

DATE: 9-29-00    TIME: 11:00am    TAPE # 00-075 PG #
1251-1581
Recalled
00-075
1920-2465
96