AO 442 (Rev. 12/85) Warrant for Arrest       AUSA BERTHA MITRANI

## United States District Court

SOUTHERN DISTRICT OF FLORIDA     502023

UNITED STATES OF AMERICA

V.

KELSA VIALVA

**WARRANT FOR ARREST**

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KELSA VIALVA___
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18, United States Code, Sections 371; 513(a); 1344; and 2

CLARENCE MADDOX                                  COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                                 Title of Issuing Officer

_/s/ Jenny Butler_                                      8/29/00, Fort Lauderdale, Florida
Signature of Issuing Officer                           Date and Location

Bail fixed at _$50,000 10%_      by _/s/ Lurana S. Snow_ LURANA S. SNOW, U.S. MAGISTRATE JUDGE
                                              Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 8/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/29/00 | | Edward Purchase, SDUSM |

102