HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by __ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __DAVID DEBERNARDIS_____ CASE NO: __00-6242-CR-FERGUSON__

AUSA __ROBIN ROSENBAUM__ *nes*  ATTY __DARYL WILCOX__ / Farnsworth

Disc out —
Motions due 10/20 or SPC date                  (@2593)

DEFT __LEONARDO SERRANO_____ CASE NO: __00-6238-CR-FERGUSON__

AUSA __ROBERT NICHOLSON__ *nes*  ATTY __FPD__ / Farnsworth for Day

Disc going out today · 2 days to try      (@2660)
11-1 motions due

DEFT __KELSA VIALVA_____ CASE NO: __00-6175-CR-ZLOCH(s)__ ✓

AUSA __BERTHA MITRANI__ / Rosenbaum ATTY __ALVIN ENTIN, ESQ.__ delapierre

Disc not out — disc on Monday
11-1 motions due                               (@2368)

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __10/13/00_____ TIME __11:00_____

/132/