UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH(s)

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.          :

KELSA VIALVA,          :

        Defendant.          :
_____

FILED by _____ D.C.

OCT 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

    A status conference was held in this cause on October 13, 2000. At that conference, the parties informed the Court as follows:

    1.  Discovery is to be provided forthwith.

    2.  Counsel for the defendant shall have until November 1, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this 18 day of October, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Alvin Entin, Esq.