UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DEC 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6175-CR-Zloch  DATE 12-14-00

CLERK Carline Newby  REPORTER Carl Schanzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Kelsa Vialva

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Richard DelaSerra
                                              for Alvin Entin

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted Plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 2-26-01  TIME 9:30  FOR Sentencing

MISC Written plea agreement -

197