FILED
FEB 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6175-CR-Zloch    DATE  2-26-01
CLERK  Carlino Newky              REPORTER  Carl Schenzlel
PROBATION  Georgeann Stanley      INTERPRETER ___

UNITED STATES OF AMERICA v. Kelsa Vialva

U. S. ATTORNEY  Bertha Mitrani    DEFT COUNSEL  Alvin Entin

DEFENDANT:  (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Deft's objections withdrawn
Ct 1 - 5 yrs. Reporting Probo - Spec
Cnds - $14,586.17 Rest. Zitron jointly
& several - Participate in
JUDGMENT  Home Confinement Program
for 120 days (see Jud) - $100 assessment
Entin appointed for any appeal -

CASE CONTINUED TO ___    TIME ___    FOR ___

MISC ___

239