# United States District Court

## Southern District of Florida

### FORT LAUDERDALE DIVISION

FEB 2 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **KELSA VIALVA** | **Case Number:  00-6175-CR-ZLOCH** |
| | Counsel For Defendant: **ALVIN ENTIN, ESQ.** |
| | Counsel For The United States: **BERTHA MITRANI, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

**THE DEFENDANT:**

[X]  **pleaded guilty to count one**

[ ]  pleaded nolo contendere to count(s)
which was accepted by the court.

[ ]  was found guilty on count(s)
after a plea of not guilty

| **Title & Section** | | **Date Offense** | |
|---|---|---|---|
| **Number(s)** | **Nature of Offense** | **Concluded** | **Count** |
| | | 12/99 | 1 |
| 18:371 | Conspiracy | | |

The defendant is sentenced as provided in pages 2 through __7__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)

[X]  **Counts remaining are  dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

ALL PENDING MOTIONS NOT OTHERWISE DISPOSED OF HEREIN ARE DENIED AS MOOT.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **4/24/77**
Defendant's USM Number: **66401-004**

Defendant's Residence Address:
4043 NW 16TH STREET
APT. 107B
LAUDERHILL, FL 33313

Defendant's Mailing Address:
4043 NW 16TH STREET
APT. 107B
LAUDERHILL, FL 33313

**2/26/01**
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
*Chief U.S. District Court Judge*

Date:  2/27/01



FILED

'01 FEB 28 A9 47



~~ action required by
Marshals Service.

James H Tossore
~~ STATES MARSHAL

Ed Anehisc — SDUSM